MONROE *v.* BUSHNELL.

FRAUD—CONTRACTS—BANKRUPTCY.

    The questions herein are identical with, and ruled by, *Monroe* v. *Bushnell, ante,* 115.

Error to Kalamazoo; Adams, J.  Submitted February 18, 1909.  (Docket No. 125.)  Decided October 4, 1909.

Assumpsit by Stephen B. Monroe, trustee in bankruptcy of the Vicksburg Exchange Bank, and others, against William E. Bushnell for money had and received.  A judgment for plaintiff is reviewed by defendant on writ of error.  Reversed, and no new trial ordered.

*H. Clair Jackson* (*W. J. Candlish,* of counsel), for appellant.

*Jesse R. Cropsey* and *Boudeman, Adams & Weston,* for appellee.

BROOKE, J.  The controverted matter involved in this case is the same as that involved in the chancery case between the same parties, decided in this court September 21, 1909, *ante,* 115 (122 N. W. 508).  The conclusions reached in the chancery cause require a reversal of the judgment herein.  There will be no new trial.

OSTRANDER, HOOKER, MOORE, and McALVAY, JJ., concurred.